USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/25/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW Y-CAPP, INC. ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> ARCH CAPITAL FUNDING, LLC, ET AL. <br><br> Defendants. | 18-cv-03223 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' recent pre-motion letters and responses. ECF No. 24, 28, 33-34. The Court's July 12, 2018 Order to Show Cause is hereby vacated. ECF No. 19.

Upon review of the Complaint and the pre-motion letters, the Court notes that the Complaint is not a model of clarity. The Court further notes that Plaintiffs have not sought leave to amend in response to the issues asserted in Defendants' pre-motion letters. However, the Court grants Plaintiffs leave to amend their Complaint, should Plaintiffs wish to do so. That amended complaint shall be due on or before August 8, 2018. Plaintiffs are advised that, should they decline to amend their complaint, any future requests for leave to amend will be strongly disfavored.

Defendants' requests for a pre-motion conference are denied. However, Defendants are granted leave to file motions to dismiss Plaintiffs' amended complaint, pursuant to the following briefing schedule:

      Defendants' Opening Briefs:      August 29, 2018

      Plaintiffs' Opposition:      September 12, 2018

      Defendants' Reply Briefs:      September 19, 2018

**SO ORDERED.**

Dated: July 25, 2018
      New York, New York

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**