USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW Y-CAPP, INC., ET AL., <br><br> Plaintiffs, <br><br> -v.- <br><br> ARCH CAPITAL FUNDING, LLC, ET AL., <br><br> Defendants | 18-CV-3223 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the motion to withdraw as attorneys and motion for an extension of time from Christopher R. Murray and Stein Adler Dabah & Zelkowitz, LLP. ECF Nos. 87–89. Plaintiffs are hereby **ORDERED** to respond to these motions on or before **January 13, 2020**.

**SO ORDERED.**

Dated: January 8, 2020
New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge