USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW Y-CAPP, INC., ET AL.,<br><br>    **Plaintiffs,**<br><br>-v.-<br><br>ARCH CAPITAL FUNDING, LLC, ET AL.,<br><br>    **Defendants** | 18-CV-3223 (ALC)<br><br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiffs' letter requesting oral argument for the motion to dismiss for lack of jurisdiction filed by Defendants. ECF No. 102. Plaintiffs' request is hereby **DENIED**. To the extent the Court needs to hear oral arguments in this case, it will do so once all the pending motions to dismiss have been fully briefed.

**SO ORDERED.**

Dated:  February 11, 2020
     New York, New York

                  _____
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**