

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/22/2020__

May 4, 2020

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**MEMO ENDORSED**

Re: *The New Y-Capp, Inc., et al. v. Arch Capital Funding, LLC, et al.*
    Civil Action No. 18-cv-03223-ALC

Dear Judge Carter:

    The undersigned firm was recently retained by defendant, Yitzhak D. Stern ("Defendant"), in the above-referenced matter. We write pursuant to Rule 1(D) of Your Honor's Individual Rules to request an extension of the time for Defendant to answer or otherwise respond to the Second Amended Complaint to May 26, 2020. Although the docket seems to indicate that the deadline was February 17, 2020, after conferring with co-counsel it is our understanding that this deadline was extended for all defendants to April 24, 2020. This is the second request for an extension of time and Plaintiff's Counsel does not consent to the extension.

    We thank Your Honor for your attention.

                                      Respectfully submitted,

                                      s/Avery S. Mehlman

cc:   All Counsel of Record (via E

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
May 22, 2020

**HERRICK, FEINSTEIN LLP** • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500