USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/09/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **THE NEW Y-CAPP, INC., ET AL.,**<br><br>          **Plaintiffs,**<br><br>  **-against-**<br><br>**ARCH CAPITAL FUNDING, LLC, ET AL.,**<br><br>          **Defendants.** | **1:18-cv-03223 (ALC)**<br><br>**<u>Order</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's voluntary dismissal of the above-captioned action, with prejudice and without costs, as to Defendant Tsvi H. Davis, ECF No. 142, is **GRANTED**.

**SO ORDERED.**

**Dated:  November 9, 2020**
      **New York, New York**

                      _____
                      **HON. ANDREW L. CARTER, JR.**
                      **United States District Judge**

1