UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
    THE NEW Y-CAPP, ET AL,                  :
                                              **Plaintiff,**   :
                                                            :    18-CV-3223-ALC
             **-against-**                           :
                                                            :    <u>**ORDER**</u>
    ARCH CAPITAL FUNDING, LLC, ET AL.,    :
                                                            **Defendants.**  :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      A telephonic status conference hearing is currently scheduled for October 12, 2022, at 10:30 a.m. **The hearing is hereby ADJOURNED until October 12, 2022, at 11:30 a.m.**

**SO ORDERED.**

**Dated:  October 12, 2022**
            **New York, New York**

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**