**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/17/2022

**THE NEW Y-CAPP, ET AL.,**

                       **Plaintiffs,**

-against-

**ARCH CAPITAL FUNDING LLC, ET AL.,**

                       **Defendants.**

**18-cv-3223 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in the Court's conference held on October 12, 2022 at 11:30 AM:

- The Court will dismiss Counts 3 and 4 from Plaintiffs' Third Amended Complaint without prejudice.

In follow-up from the Conference:

- **November 9, 2022**: The parties are ordered to file a Joint Status Report on a proposed scheduling/case management order.

**SO ORDERED.**

Dated:    October 17, 2022
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**