USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW Y-CAPP, INC. ET AL.,<br><br>Plaintiffs,<br><br>-against-<br><br>ARCH CAPITAL FUNDING, LLC ET AL,,<br><br>Defendants. | 18-cv-03223 (ALC)<br><br>**Order** |

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated: **December 7, 2022**
       **New York, New York**

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**